## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

LEON M. KEATON,                          )
                                         )
                     Plaintiff           )
                                         )
          vs.                            )          Case No. CIV-08-402-R
                                         )
OVERTON CARTER,                          )
                                         )
                     Defendant           )

## ORDER

Plaintiff filed this action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Bana Roberts for preliminary review.  On May 22, 2008, Judge Roberts issued a Report and Recommendation, wherein she recommended that Plaintiff's complaint be dismissed without prejudice due to Plaintiff's failure to pay the filing fee.  The record reflects that no objection has been filed within the time limits prescribed in the Report and Recommendation nor has Plaintiff sought additional time in which to object, nor has he paid the filing fee.  Accordingly, the Report and Recommendation is hereby ADOPTED in its entirety and this matter is dismissed without prejudice.  Judgment shall be entered accordingly.

IT IS SO ORDERED this 18th day of June, 2008.

David L. Russell

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE